**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-7069

JIMMY WESTFALL,

Petitioner - Appellant,

versus

CECIL H. UNDERWOOD, Governor; SANDRA ILDERTON,
Chairperson, West Virginia Parole Board,

Respondents - Appellees.

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley. Robert C. Chambers, District Judge. (CA-99-370-5)

Submitted: November 4, 1999        Decided: November 10, 1999

Before NIEMEYER, MICHAEL, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Jimmy Westfall, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jimmy Westfall, a West Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint under 28 U.S.C.A. § 1915A (West Supp. 1999). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Westfall v. Underwood, No. CA-99-370-5 (S.D.W. Va. July 22, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED